Submitted on record and briefs May 6, affirmed November 10, (former opinion, 59 Or App 129, 650 P2d 187, withdrawn September 29), reconsideration denied December 23, 1982, petition for review denied January 25, 1983 (294 Or 461)

## STATE OF OREGON,
*Respondent,*

*v.*

## THOMAS BURTON NEAL,
*Appellant.*

## (No. 10-80-06677, CA A21140)

654 P2d 663

Thomas Burton Neal filed the brief pro se for appellant.

Dave Frohmayer, Attorney General, William F. Gary, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

Defendant assigns three errors on this appeal from his conviction for rape. First, he contends that his 20-year sentence, with the requirement that he serve a minimum of 10 years before being considered for parole, is cruel and unusual punishment. It is not.

In the second and third, he contends the trial court erred in refusing to provide a transcript on appeal at public expense. Defendant's appeal is from the sentencing order entered on April 28, 1981. The order denying his motion for a transcript was entered on June 2, 1981. Because the order denying a transcript is not an "intermediate" order under ORS 138.040, the issue defendant raises is not before us. *SER Acocella v. Allen,* 288 Or 175, 604 P2d 391 (1979); *State v. Montgomery,* 58 Or App 630, 650 P2d 111 (1982).

Affirmed.